USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY FERGUSON,                              :         10 Civ. 2227 (SHS)

                Plaintiff,     :

        -against-                               :         <u>ORDER</u>

LOCAL 32 BJ SEIU, *ET AL.*,                    :

                Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On June 6, 2011, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation recommending that this action be dismissed without prejudice for plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. To date, plaintiff has not filed any objections to that Report and Recommendation. After a *de novo* review of the Report and Recommendation dated June 6, 2011,

        IT IS HEREBY ORDERED that:

        1.     Magistrate Judge Ellis' Report & Recommendation is adopted; and

        4.     This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: New York, New York
       June 28, 2011

                                                       SO ORDERED:

                                                       Sidney H. Stein, U.S.D.J.